## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| **IN RE: ROUNDUP** | § | **MDL NO. 2741** |
| **PRODUCTS LIABILITY** | § | |
| **LITIGATION** | § | |

## NOTICE OF RELATED ACTIONS

In accordance with Rule 6.2(d) of the Rules of Procedure for the United States Judicial

Panel on Multidistrict Litigation, the undersigned Plaintiffs' counsel hereby notifies the Panel of

the pendency of additional related actions to be considered for transfer under 28 U.S.C. § 1407.

These actions are listed in the attached Schedule of Actions. The docket sheets and complaints

are also attached.

**Dated this 4th day of August, 2016**              **Respectfully submitted,**

/s/ Aimee H. Wagstaff
**ANDRUS WAGSTAFF, P.C.**
Aimee H. Wagstaff, CO. Bar No. 36819
David J. Wool, CO. Bar No. 44614
7171 W. Alaska Drive
Lakewood, CO 80226
Tel: (303) 376-6360
Fax: (303) 376-6361
aimee.wagstaff@andruswagstaff.com
david.wool@andruswagstaff.com

*Counsel for Plaintiffs Edwin Hardeman (N.D. Cal., 3:16-cv-00525); Emanuel Richard Giglio*
*(S.D. Cal, 3:15-cv-02279); Goldie Christina Perkins (C.D. Cal, 8:16-cv-01410)*

**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: ROUNDUP**   § | **MDL NO. 2741** |
| **PRODUCTS LIABILITY**   § | |
| **LITIGATION**   § | |

**SCHEDULE OF ACTIONS**

| | Plaintiffs | Defendants | Court | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Goldie Christina Perkins | Monsanto Company | C.D. California (Southern Division – Santa Ana) | 8:16-cv-01410 | Dolly M. Gee |
| 2. | Linda Jeanne Ricci | Monsanto Company | D. New Jersey (Camden) | 1:16-cv-04583 | Jerome B. Simandle |
| 3. | Gary Mancuso | Monsanto Company | E.D. Pennsylvania (Philadelphia) | 2:16-cv-04096 | Timothy J. Savage |
| 4. | Tonia Turner | Monsanto Company | D. Utah (Central) | 2:16-cv-00836 | Robert J. Shelby |

**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| **IN RE: ROUNDUP** | § | **MDL NO. 2741** |
| **PRODUCTS LIABILITY** | § | |
| **LITIGATION** | § | |

## PROOF OF SERVICE

I hereby certify that on August 4, 2016, I electronically filed the foregoing Notice of Related Actions with the United States Judicial Panel on Multidistrict Litigation using the CM/ECF system, which sent notifications to all Counsel of record. Further, I hereby certify that the foregoing Notice of Related Actions was served via Email or First Class Mail on August 4, 2016 to the following:

**Goldie Christina Perkins v. Monsanto Company, C.D. California, C. A. 8:16-cv-01410**

**Served via First Class Mail**
Clerk of the Court
Central District of California
Southern Division
Ronald Reagan Federal Builing
   & United States Courthouse
411 West Fourth Street, Room 1053
Santa Ana, CA 92701

**Served via First Class Mail**
Monsanto Company
800 North Lindbergh Boulevard
St. Louis, MO 63167
Tel: 314-694-1000
*Defendant's Corporate Headquarters*

**Served via Email**
Kathryn M. Forgie
Andrus Wagstaff, PC
6315 Ascot Drive
Oakland, CA 94611
Tel: 303-376-6360
Email: kathryn.forgie@andruswagstaff.com
*Counsel for Plaintiff,*
   *Goldie Christina Perkins*

**Linda Jeanne Ricci v. Monsanto Company, D. New Jersey, C. A. 1:16-cv-04583**

<u>**Served via First Class Mail**</u>
Clerk of the Court
USDC District of New Jersey
Camden Division
Mitchell H. Cohen Building
  & United States Courthouse
4th & Cooper Streets, Room 1050
Camden, NJ 08101

<u>**Served via Email**</u>
Brian J. McCormick, Jr.
Ross Feller Casey LLP
1650 Marker Street, Ste 3450
Philadelphia, PA 19103
Tel: 215-574-2000
Fax: 215-574-3080
Email: bmccormick@rossfellercasey.com
*Counsel for Plaintiff Linda Jeanne Ricci*

<u>**Served via First Class Mail**</u>
Monsanto Company
800 North Lindbergh Boulevard
St. Louis, MO 63167
Tel: 314-694-1000
*Defendant's Corporate Headquarters*

**Gary Mancuso v. Monsanto Company, E.D. Pennsylvania, C. A. 2:16-cv-04096**

<u>**Served via First Class Mail**</u>
Clerk of the Court
Eastern District of Pennsylvania
Philadelphia Division
James A. Byrne US Courthouse
601 Market Street
Philadelphia, PA 19106

<u>**Served via Email**</u>
Brian J. McCormick, Jr.
Ross Feller Casey LLP
1650 Marker Street, Ste 3450
Philadelphia, PA 19103
Tel: 215-574-2000
Fax: 215-574-3080
Email: bmccormick@rossfellercasey.com
*Counsel for Plaintiff Gary Mancuso*

<u>**Served via First Class Mail**</u>
Monsanto Company
800 North Lindbergh Boulevard
St. Louis, MO 63167
Tel: 314-694-1000
*Defendant's Corporate Headquarters*

**Tonia Turner v. Monsanto Company, D. Utah, C. A. 2:16-cv-00836**

<u>**Served via First Class Mail**</u>
Clerk of the Court
USDC District of Utah
351 South West Temple, Rm 1.100
Salt Lake City, UT 84101

<u>**Served via Email**</u>
Colin P. King
Email: cking@dkolaw.com
Paul M. Simmons
Email: psimm@dkolaw.com
Dewsnup King & Olsen
36 S State Street, Ste 2400
Salt Lake City, UT 84111
Tel: 801-553-0400
*Counsel for Plaintiff Tonia Turner*

<u>**Served via First Class Mail**</u>
Monsanto Company
800 North Lindbergh Boulevard
St. Louis, MO 63167
Tel: 314-694-1000
*Defendant's Corporate Headquarters*


**Dated: August 4, 2016**

/s/ Aimee H. Wagstaff
**ANDRUS WAGSTAFF, P.C.**
Aimee H. Wagstaff, CO. Bar No. 36819
David J. Wool, CO. Bar No. 44614
7171 W. Alaska Drive
Lakewood, CO 80226
Tel: (303) 376-6360
Fax: (303) 376-6361
aimee.wagstaff@andruswagstaff.com
david.wool@andruswagstaff.com

*Counsel for Plaintiffs Edwin Hardeman (N.D. Cal., 3:16-cv-00525); Emanuel Richard Giglio (S.D. Cal, 3:15-cv-02279); Goldie Christina Perkins (C.D. Cal, 8:16-cv-01410)*